Before the Second Division, June 6, 1939

No. 41542.—Protests 981118–G, etc., of Allied Purchasing Corp. et al. (New York).

Opinion by Kincheloe, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 41543.—Protests 770275–G, etc., of F. W. Woolworth Co. (Baltimore).

Opinion by Dallinger, J.   In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the bridge table pencil holders in question were held dutiable at 40 percent under paragraph 339 as claimed.

No. 41544.—Protest 984635–G of Green Mountain Studios, Inc. (New York).

Opinion by Dallinger, J.   On the agreed facts the sconces in question were held dutiable at 40 percent under paragraph 339.   Abstract 38016 followed.

No. 41545.—Protest 963867–G of Browne Vintners Co., Inc. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel the corkscrews in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

No. 41546.—Protests 963013–G, etc., of Wilbur-Ellis Co. (Los Angeles).

Opinion by Dallinger, J.   In accordance with stipulation of counsel and on the authority of *Wilbur-Ellis* v. *United States* (26 C. C. P. A. 403, C. A. D. 47) the bale ties in question were held entitled to free entry under paragraph 1604 as claimed.

No. 41547.—Protests 961914–G, etc., of Wilbur-Ellis Co. (San Francisco).

Opinion by Dallinger, J.   In accordance with stipulation of counsel and on the authority of *Wilbur-Ellis* v. *United States* (26 C. C. P. A. 403, C. A. D. 47) the bale ties in question were held entitled to free entry under paragraph 1604 as claimed.

No. 41548.—Protest 953337–G of Wilbur-Ellis Co. (Los Angeles).

Opinion by Dallinger, J.   In accordance with stipulation of counsel and on the authority of *Wilbur-Ellis* v. *United States* (26 C. C. P. A. 403, C. A. D. 47) the bale ties in question were held entitled to free entry under paragraph 1604 as claimed.